

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Satish Emrit | Civil Action No. 20-cv-00060-DMS-MSB |
| Plaintiff, | |
| V. | |
| Horus Music Video Distribution; Horus Media Limited; TIDAL; PayPal | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Complaint is DISMISSED without prejudice for failure to state a claim.

Date: 2/4/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy